

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     In re Sandra Nze

Appellate case number:   01-15-00526-CV

Trial court case number: 14-CCV-53717

Trial court:             County Court at Law No. 3 of Fort Bend County

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Michael Massengale
                     Acting for the Court

Panel consists of Chief Justice Radack and Justices Massengale and Lloyd.

Date:  June 25, 2015

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48°
02 1W
0001372104 JUN 24. 2015

MAIL RECEIVED

CASE NO. 01-15-00526-CV
H. EVERETT KENNEDY
ASSOCIATE COUNTY COURTS AT LAW
204 S
RICHI

NIXIE        773    7E 1009        7207/03/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  77002206699        *11133-01345-24-45

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 22 2015

CHRISTOPHER A. PRINE
CLERK